## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JANEAL LOVE,

      Plaintiff,

      v.                                                                      Case No. 22-1054-JAR-KGG

CARBANC AUTO SALES & SERVICE, ET AL.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Kenneth G. Gale, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case without prejudice for lack of subject matter jurisdiction.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the March 9, 2022 Report and Recommendation (Doc. 5), this case is hereby dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: March 28, 2022

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE